# Exhibit 1

## DECLARATION OF CHARLTON BOYD

1. My name is Charlton Boyd. I am an adult of sound mind, and competent to make this declaration.

2. I make this declaration based on my personal experience and direct knowledge of the events described herein.

3. I am an Afro-American man who worked as a company dancer for the Mark Morris Dance Group ("MMDG") from approximately 1994-2008.

4. During company class, Mr. Morris would sometimes say things to me like: "You look like you're sucking a dick," and other comments of this nature.

## Race Discrimination

5. Throughout my time at MMDG, I was one of only three or four Black dancers in the company.

6. Mr. Morris required me to understudy and perform many roles without giving me proper or adequate understudy rehearsal/preparation.

7. For example; in the early 2000s I was made to perform a dance piece that I'd only had one inadequate rehearsal for, months before I was to perform it and coming back from a hip injury, without a proper wardrobe fitting and virtually no stage spacing with the other dancers in the piece.

8. After performing that particular piece, one out of four extremely difficult pieces I was to perform that night, MMDG Executive Director Umanoff stormed into the men's dressing room whilst we were changing for the next dance piece, and in front of everyone, including the musicians, yelled at me: "WHAT WAS THAT – THE HOOD VERSION?"

9. She said I looked like "the hood version" because of my oversized costume that the wardrobe staff had no time to fit me for properly.

10. She suggested that I looked like just another black kid off the street, sagging my pants.

11. I was deeply offended, hurt and humiliated. I wrote Ms. Umanoff a letter, telling her how her racist comment affected me that day and how that attack made it nearly impossible to concentrate on dancing the next extremely difficult dance piece.

12. I wrote that I felt she had done "everything except call me the N-word."

13. She apologized. She seemed sincere.

14. Some time after that, Mark Morris began to openly call me "nigger" on a regular/daily basis.

15. He did this at rehearsals and in other group settings, in front of other dancers, musicians and administrative staff – including Executive Director Umanoff, who did nothing to stop it.

16. For example, at times he would smile and say: "Hey nigger."

17. Other times, when his mood shifted, he would shout "HEY, NIGGER" at me, in a markedly hostile tone.

18. I told Mr. Morris: "You can't call me that" and said "not I, nor anyone else here would be able to save you from that racist non-sense."

19. But Mr. Morris ignored me and kept calling me "nigger."

20. In around 2006/07, at the start of one of our rehearsals, Mr. Morris shouted out to the company: "When is it ok to use the word nigger?"

21. That is when Michelle Yard, the only African American female dancer in the company, yelled back: "NEVER!"

22. Despite the objections of myself and Ms Yard, Mr. Morris continued to call me "nigger" in the workplace.

23. I remember a costume fitting in front of wardrobe personnel and another dancer or two, with Mr. Morris laughing and telling a story about the renowned African American opera singer Kathleen Battle, and saying how "she really knows how to nigger-up an Aria."

24. A few White company members and staff also began calling me "nigger." They thought it was okay because Mr. Morris encouraged them, and no one suffered any repercussions.

25. Also, Mathew Rose, a rehearsal director at the time, started mockingly calling me "Old Man River" (a song about the Mississippi River and the hardships faced by African American riverboat laborers in the South).

**Workplace Injury & Termination**

26. During my 14 year time at MMDG I experienced several workplace injuries, including two knee surgeries.

27. Mr. Morris is known for blaming dancers for their injuries in a career where injuries big and small are commonplace.

28. In 2007, knowing I was having knee pain, Mr. Morris said that I must run a section of a piece that I was assigned to understudy again, with no forewarning.

29. The other dancers were just as shocked and worried as I was, and said "no, we can't do that" because that meant putting all of them in danger of injury as well.

30. Executive Director Nancy Umanoff called me into her office to discuss "sitting out the next tour" and taking a "leave of absence" so as to "take a rest" and study something.

31. Knowing who these people are and how they operate; I knew immediately that I was now being "handled" as "a problem" that needed to be fixed, so to speak.

32. It was only at our last performance at Lincoln Center in 2007, after having been thrown a surprise going away party, that I learned my dearest friends had been led to believe I was permanently leaving the company.

33. My dressing roommate at the time, June Omura, said: "Wait a minute, I thought it was only a leave of absence?" To which I replied: "I thought so, too."

34. After this, I felt I had little choice but to leave dance completely.

35. The combination of Mr Morris's racial abuse and then being discarded because of a problem he and the company created made me fear the concert dance world altogether, and I could not, in good conscience, guide any prospective students or young dancers into that extremely toxic environment.

36. Mr Morris made dance a painful association for me, as opposed to the source of joy it had once been.

37. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 17, 2025.

38. I affirm this 17th day of July, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

7/17/2025

Executed on

Signed by: *CB* D7569EF0591345B...

Charlton Boyd