# Exhibit 2

## DECLARATION OF MALIK WILLIAMS

1. My name is Malik Williams. I am an adult of sound mind, and competent to make this declaration.

2. I make this declaration based on my personal experience and direct knowledge of the events described herein.

3. I am a Black man who worked as a company dancer for the Mark Morris Dance Group ("MMDG") from January 2020 through June 2023.

4. At the time I was hired, I was one of only 3 Black dancers in the Company.

5. Shortly after I was hired, during the COVID-19 pandemic, the company was having a Zoom class. At one point in the class, I was offscreen while other company members were dancing, including another Black male dancer named Jammie Walker.

6. Mr. Morris kept on yelling out my name, "Malik," while giving direction to Mr. Walker. Again, I was not dancing and was not onscreen at that time.

7. Mr. Walker finally asked Mr. Morris: "Who are you talking to? Malik's not dancing right now. Are you talking to me?"

8. In response to this question from a Black dancer, about being confused for another Black dancer, Mr. Morris became exasperated and said: "oh, you all look the same!"

9. Mr. Morris never confused White dancers for one another in this way, nor did he claim that White dancers all looked the same.

10. Someone apparently escalated this incident to leadership, and Executive Director Nancy Umanoff apologized to the Company for Mr. Morris's behavior. Notably, Mr. Morris never apologized or addressed the incident in any way. This strongly conveyed that he did not regret his actions and truly believed that all Black dancers looked the same.

11. One day during rehearsal, the company was running a dance I was not in, so I sat down to watch the rehearsal. When Mr. Morris saw me sitting down, he yelled at me to stand up and called me "lazy." But when White dancers sat down during rehearsal, Mr. Morris did not call them lazy, and did not express any problem with them sitting.

12. After this rehearsal, Mr. Morris singled me out again and told me that sitting made me a "lazy dancer."

13. I requested a meeting with Mr. Morris and Director Sam Black to discuss this incident. I asked Mr. Morris why he had singled me out and called me lazy, while other, non-Black dancers were allowed to sit when they were not dancing.

14. Mark responded that the "lazy" comment was for all the dancers who were sitting, not just me. But clearly, this was not true, as Mr. Morris

had singled me out twice in a row – once during rehearsal and once afterward.

15. During my time at the company, I did more than my fair share of understudying and last-minute covers for dancers who had called out sick or injured, but Mr. Morris never recognized my efforts.

16. For example, when a female dancer tested positive for COVID just 30 minutes before showtime, Mr. Morris required me to dance her role in the show, even though she was a woman and I was not her understudy, meaning nobody had ever asked me to learn her role and I did not know her role in advance of the show. In other words, Mr. Morris put me in a precarious situation that was also physically dangerous.

17. From the time of Mr. Morris's announcement to the moment I stepped onstage, I had exactly 30 minutes to get into hair, makeup, and costume, and use an archival video to teach myself this woman's entire role in the dance, from scratch.

18. Somehow, I managed to do all of this, and I delivered a strong performance in the show that evening. But Mr. Morris did not even acknowledge my efforts, let alone thank me for a job well done.

19. A Black female dancer named Taina Lyons joined the company as an apprentice dancer in January, 2022.

20. A few months later, Ms. Lyons and I were chatting after rehearsal when Mr. Morris came over to us and announced that he was "pro-Black hair."

21. He proceeded to discuss Taina's current hairdo with her, so I tried to excuse myself, but he insisted that I stay to hear the rest of his comments.

22. I found this odd because I shave my head and have no hair on it, so the conversation didn't really apply to me.

23. After insisting that I stay, Mr. Morris boasted to me and Ms. Lyons that he had many "Black friends."

24. Mr. Morris then told Ms. Lyons that if she changed her hairdo prior to a show, she had to show him the new hairdo in order to get his advance approval.

25. In or about November or December of 2019, during a full-company rehearsal, Mr. Morris commanded a dancer named Matthew McLaughlin to take off his pants in front of the entire company and put on a tiny pair of women's shorts. There was absolutely no basis for Mr. Morris' bizarre demand and it appeared that he was simply trying to amuse himself by humiliating Mr. McLaughlin.

26. Understandably, Mr. McLaughlin refused to take off his pants or squeeze into a pair of women's shorts in front of the company.

27. Mr. McLaughlin complained about this incident to company Director Sam Black, but the company did nothing about it.

28. After that rehearsal, I discussed the incident with a Black company dancer named BJ Randolph. I told Mr. Randolph that I thought Mr. Morris's behavior toward Mr. McLaughlin was outrageously inappropriate.

29. In response, Mr. Randolph said that Mr. Morris "used to be a lot worse." Mr. Randolph then explained that prior to my joining the company, Mr. Morris had grabbed his penis in an elevator.

30. Certain members of the company also told me that Mr. Morris used to wear a sarong to rehearsal with no underwear, and then flash his penis at the company while making comments like "the elephant's trunk is out!"

31. Mr. Morris was also known to have sexual relations with some of his male dancers. For example, he had a sexual relationship with a male company dancer named Spencer Ramirez. Upon information and belief, this relationship had a devastating emotional impact on Mr. Ramirez, and caused him to leave the company.

32. But as badly as Mr. Morris sometimes treated male dancers, he treated female dancers even worse.

33. Mr. Morris was generally much harder on female dancers and would pick on them a lot more than male dancers for making the same

mistakes in rehearsal, such as messing up choreography or technique during warm-up class.

34. After Ms. Lyons was promoted from apprentice to full company dancer, I started to notice that Mr. Morris picked on her in this way a lot more.

35. Mr. Morris also made degrading comments about women's bodies. For example, a female dancer named Christina Sahaida told me that Mr. Morris had mocked her breasts in front of the company, insisting that her breasts were too large for a dancer.

36. Toward the end of my employment, Mr. Randolph had a death in his family and had to leave town for a funeral on short notice. We were about to start another tour, and I was fully prepared to step in for Mr. Randolph during his sudden absence from the tour, as I knew his role. I discussed it with the other company dancers and they all seemed to agree that this was the best solution. Mr. Reynolds told me that he would tell Mr. Morris and Director Black to put me in for him because he thought I was the most prepared.

37. But Mr. Morris said Brandon Cournay, a White dancer who had been injured all year, should fill in for Mr. Randolph instead of me. Several company members objected that this was not a good idea, but Mr. Morris would not reconsider.

38. Then we left for our tour and Mr. Morris refused to speak to me for the next two weeks. When I would say hello to him or attempt to speak with him about anything, he would literally ignore me as if I hadn't said anything.

39. On one occasion when I was having a conversation with celebrity designer Isaac Mizrahi, our costume designer for the piece we were touring, Mr. Morris interrupted me by shouting: "Come on Isaac, we have more important things to do!"

40. Not long after that, when I was passing by Mr. Morris in a theatre hallway on the tour, he shoved me, hard. I was so shocked that I called my mother in tears to vent about what had happened. I could not work for someone who would shove me, so the next morning I resigned.

41. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

8/12/2025
_____
Executed on

Signed by:
*Malik Q. Williams*
9791FB6EF79F4CB...
_____
Malik Williams