# KEENAN & BHATIA, LLC

| | |
|---|---|
| 233 Broadway Ste. 1810 | 4600 Madison Avenue, Suite 810 |
| New York, NY 10279 | Kansas City, MO  64112 |
| Tel: (917) 975-5278 | Tel: (816) 809-2100 |

www.KeenanBhatia.com

October 30, 2025

**BY ECF**

Hon. Analisa Torres
U.S. District Court of the Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

    Re:    *Lyons v. Discalced, Inc. et al*, Case No. 1:25-cv-08689-AT
                Letter Regarding Initial Pretrial Scheduling Order

Dear Judge Torres,

This firm represents Plaintiff Taína Lyons in the above-captioned case.

Pursuant to the Court's Order at ECF Dkt. No 6, we have provided Defense counsel with a copy of the Order and the Court's Individual Practices. Proof of such notification is attached hereto as Exhibit 1.

Sincerely,

KEENAN & BHATIA, LLC
 By:__/s/ Chloe Liederman____
Chloe Liederman
233 Broadway Ste. 1810
New York, NY 10279
Tel: 646-206-5311
chloe@keenanfirm.com

*Attorney for Plaintiff Taína Lyons*