# Exhibit 1


                                                                            Jasmine Pierre <jasmine@kclaborlaw.com>

## Activity in Case 1:25-cv-08689-AT Lyons v. Discalced, Inc. et al Order

**Chloe Liederman** <chloe@keenanfirm.com>                                          Wed, Oct 29, 2025 at 2:30 AM
To: Christopher Giovinco <cgiovinco@milbermakris.com>, Tyler Levenson <tlevenson@milbermakris.com>
Cc: KB Team <team@keenanfirm.com>, Sonal Keenan Bhatia <sonal@keenanfirm.com>

Hi Chris and Tyler,

As directed in Judge Torres's Order, I'm forwarding you the Order here, and attaching a copy of her Individual Practices.
Please confirm receipt.

Thanks,
Chloe

---------- Forwarded message ---------
From: <NYSD_ECF_Pool@nysd.uscourts.gov>
Date: Mon, Oct 27, 2025 at 12:58 PM
[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

📄 **AT Torres Individual Practices in Civil Cases - 2.14.2025 (ADOPTED).pdf**
213K



Jasmine Pierre <jasmine@kclaborlaw.com>

## Activity in Case 1:25-cv-08689-AT Lyons v. Discalced, Inc. et al Order

**Chloe Liederman** <chloe@keenanfirm.com>　　　　　　　　　　　　　　　　Wed, Oct 29, 2025 at 2:33 AM
To: Christopher Giovinco <cgiovinco@milbermakris.com>, Tyler Levenson <tlevenson@milbermakris.com>
Cc: KB Team <team@keenanfirm.com>, Sonal Keenan Bhatia <sonal@keenanfirm.com>

And attached here is the full Order at ECF 6.

Thanks,
Chloe

[Quoted text hidden]



**Order at ECF 6.pdf**
395K