UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAÍNA LYONS,

                Plaintiff,

      -against-

DISCALCED, INC., (DBA "MARK MORRIS
DANCE GROUP") And MARK MORRIS,
individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/22/2026

25 Civ. 8689 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' pre-motion letter regarding their anticipated motion to dismiss, *see* ECF No. 18, as well as Plaintiff's opposition, *see* ECF No. 19.  Accordingly:

- Defendants' request for leave to file their motion to dismiss is GRANTED;
- By **February 20, 2026**, Defendants shall file their motion to dismiss;
- By **March 20, 2026**, Plaintiff shall file her response; and
- By **April 3, 2026**, Defendants may file their reply, if any.

.

      SO ORDERED.

Dated: January 22, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge