UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TAÍNA LYONS,

    Plaintiff,

    -against-　　　　　　　　　　　　　　　　　　Case No. 1:25-cv-08689 (AT)

DISCALCED, INC.,
(DBA "MARK MORRIS DANCE GROUP"),
and MARK MORRIS, individually,

    Defendants.
------------------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

The undersigned counsel moves to withdraw her appearance in the above-referenced action, as she is leaving the firm of Keenan & Bhatia, LLC. Other counsel of record will continue to represent Ms. Lyons in this action.

Dated:  February 11, 2026
         New York, New York

 

_____
Chloe Liederman
Keenan & Bhatia, LLC
233 Broadway, Suite 1810
New York, NY 10279
Tel: (212) 470-2560
chloe@keenanfirm.com
*Attorney for Plaintiff Taína Lyons*