UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAÍNA LYONS,

                                                    Case No.: 1:25-cv-08689-AT

                 Plaintiff,              **NOTICE OF MOTION**
   v.

DISCALED, INC.,
(DBA "MARK MORRIS DANCE GROUP")
and MARK MORRIS, individually,

                 Defendants.
------------------------------------------------------------------X

**C O U N S E L:**

     **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Tyler B. Levenson, Esq., dated February 20, 2026, and the accompanying Memorandum of Law, and upon all the prior pleadings and proceedings had herein, Defendants, DISCALED, INC. (DBA "MARK MORRIS DANCE GROUP") and MARK MORRIS (hereinafter "Defendants"), by their attorneys, MILBER MAKRIS PLOUSADIS & SEIDEN, LLP, will move this Court, at the Courthouse of the United States District Court, Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and time to be later determined by the Court, for an Order:

    a. Pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Plaintiff's Amended Complaint in its entirety with prejudice, as Plaintiff has failed to state a claim upon which relief can be granted; and

    b. Granting such other, further and different relief as this Court deems just, equitable, and proper.

Dated: Woodbury, New York
February 20, 2026

                                              MILBER MAKRIS PLOUSADIS
                                              & SEIDEN, LLP

                                              ***Tyler B. Levenson***
                                              Tyler B. Levenson, Esq.
                                              Christopher Giovinco, Esq.
                                              1000 Woodbury Road, Suite 402
                                              Woodbury, New York 11797
                                              (516) 712-4000
                                              Our File No.: 420-30826
                                              tlevenson@milbermakris.com
                                              cgiovinco@milbermakris.com
                                              *Attorneys for Defendants*

TO:    Hilary Joy Orzick
          Keenan & Bhatia
          90 Broad Street
          New York, New York 10004
          (646) 206-5311
          hilary@keenanfirm.com