UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TAÍNA LYONS,

                      Plaintiff,

   v.

DISCALED, INC.,
(DBA "MARK MORRIS DANCE GROUP")
and MARK MORRIS, individually,

                      Defendants.
----------------------------------------------------------------X

Case No.: 1:25-cv-08689-AT

**DECLARATION OF
TYLER B. LEVENSON**

**TYLER B. LEVENSON, ESQ.**, an attorney duly admitted to practice law before the Courts of the State of New York and the United States District Court, Southern District of New York, hereby affirms the following upon information and belief:

1. I am a partner with the law firm of **MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**, attorneys for Defendants, DISCALED, INC. (DBA "MARK MORRIS DANCE GROUP") and MARK MORRIS (hereinafter "Defendants"), in the above-captioned matter. As such, I am fully familiar with the facts and circumstances surrounding this matter based upon a review of the file maintained by this office.

2. This Declaration is submitted in support of Defendants' within motion, pursuant to Fed. Civ. P. 12(b)(6), to dismiss Plaintiff's Amended Complaint (**Docket Entry #11**) in its entirety with prejudice, as Plaintiff has failed to state a claim upon which relief can be granted.

3. Defendants request that the within motion be granted for the reasons set forth in the accompanying Memorandum of Law, which include:

    a. Plaintiff's First Cause of Action fails to state a claim for race discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII").

    b. Plaintiff's Second Cause of Action fails to state a claim for retaliation under Title

VII.

c. Plaintiff's Third Cause of Action fails to state a claim for race discrimination under 42 U.S.C. § 1981.

d. Plaintiff's Fourth Cause of Action fails to state a claim for retaliation under 42 U.S.C. § 1981.

e. Plaintiff's Fifth Cause of Action fails to state a claim for disability discrimination under the Americans with Disabilities Act ("ADA").

f. Plaintiff's Sixth Cause of Action fails to state a claim for retaliation under the ADA.

g. Plaintiff's Seventh Cause of Action fails to state a claim for retaliation under the Family & Medical Leave Act ("FMLA").

h. Plaintiff's Eighth Cause of Action fails to state a claim for race discrimination and disability discrimination under the New York Executive Law § 290 ("NYSHRL").

i. Plaintiff's Ninth Cause of Action fails to state a claim for retaliation under the NYSHRL.

j. Plaintiff's Tenth Cause of Action fails to state a claim for race discrimination and disability discrimination under the New York City Administrative Code § 8-101 ("NYCHRL").

k. Plaintiff's Eleventh Cause of Action fails to state a claim for retaliation under the NYCHRL.

**WHEREFORE,** it is respectfully requested that this Court dismiss Plaintiff's Amended Complaint in its entirety with prejudice as a matter of law pursuant to Rule 12(b)(6) and grant such further relief that this Court may deem just and proper.

Dated: Woodbury, New York
       February 20, 2026

                                       MILBER MAKRIS PLOUSADIS
                                       & SEIDEN, LLP

*__Tyler B. Levenson__*
Tyler B. Levenson, Esq.
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
Our File No.: 420-30826
tlevenson@milbermakris.com
*Attorneys for Defendants*